PROB 12B
(7/93)



**FILED**
DISTRICT COURT OF GUAM

DEC 22 2005 ᐊᑉ

MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Kenneth J. Lujan**          Case Number: **CR 97-00186-001**

Name of Sentencing Judicial Officer:    Honorable John S. Unpingco

Date of Original Sentence:    October 19, 1998

Original Offense:    Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Original Sentence:    Time served (188 days) and six years supervised release with conditions that he participate in a substance abuse treatment program which shall include testing for substance use or abuse; perform 400 hours of community service; and obtain and maintain lawful employment. **Revoked** on November 16, 1999. 9 months imprisonment, followed by four years of supervised release. Special conditions as originally ordered were reimposed with 200 additional hours of community service included. **Modified** on September 6, 2000 to include that the defendant complete three months of curfew with electronic monitoring and to perform 100 hours of community service in addition to the 200 ordered at revocation. **Modified** on December 11, 2000 to include that the defendant participate in one month of home detention with electronic monitoring and that the remainder of the curfew condition modified on September 6, 2000 be converted to home detention. **Modified** on May 2, 2001 to include 200 hours of community service. **Revoked** on October 31, 2001. 9 months imprisonment, followed by 42 months supervised release. **Modified** on April 10, 2003 to include 100 hours of community service. **Modified** on July 15, 2003 to include 3 months of home detention .

Type of Supervision: Supervised Release          Date Supervision: July 31, 2002

### PETITIONING THE COURT

☐    To extend the term of supervision _____ years, for a total term _____ years.

☒    To modify the conditions of supervision as follows:

1.    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

**ORIGINAL**

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                    page 2

CAUSE

On September 2, 2005, the Ninth Circuit, in United States v. Stephens, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power. To assist the Court in determining the appropriate number of drug tests, the undersigned officer has evaluated the offender's history of drug use, and the drug detection period of his drug of choice. As methamphetamine is the offender's drug of choice and has a normal detection period of four days or less, it is recommended that the maximum number of tests the court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender. To address the implications of United States v. Stephens, Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify the defendant's mandatory condition to set the maximum number of tests the defendant must submit. It is therefore recommended that the mandatory condition be modified as follows:

> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer."

Mr. Lujan successfully completed the drug treatment program on May 28, 2004. Since October 2005, he has been gainfully employed with the Guam Power Authority as a relay technician, earning $7.62 per hour. He completed his latest home detention order on November 11, 2003 and his community service on November 21, 2003. Mr. Lujan paid his $100 special assessment fee on November 4, 1998, and voluntarily submitted to a DNA sampling of his blood on June 22, 2005. His only outstanding condition is a final $50.00 payment towards his home confinement obligation.

Based on the information above, the probation officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Lujan's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON

U.S. Probation Officer
Supervision Unit Leader

Date: 12/14/05

Respectfully submitted,

by: _____

JOHN W. SAN NICOLAS II

U.S. Probation Officer

Date: Dec. 16, 2005

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
DEC 16 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
Frances Tydingco-Gatewood. Designated Judge
12-22-05
Date

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Witness: John W. San Nicolas II
U.S. Probation Officer

Signed: Kenneth J. Lujan
Probationer or Supervised Releasee

December 6, 2005
Date